

# NUMBER 13-18-00656-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE EDNA CHAPA

## On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Hinojosa
### Memorandum Opinion by Justice Hinojosa[1]

Relator Edna Chapa filed a petition for writ of mandamus in the above cause seeking to compel the trial court to issue a ruling on relator's petition to enforce a final decree of divorce. The Court requested that the real party in interest, David Chapa, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus. *See* TEX. R. APP. P. 52.2, 52.4, 52.8. Subsequently, however, the respondent in this original proceeding recused himself and we abated this

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

matter, remanding it to the trial court for consideration by the successor judge. *Id.* R. 7.2(b); *In re Blevins*, 480 S.W.3d 542, 543–44 (Tex. 2013) (orig. proceeding); *In re Schmitz*, 285 S.W.3d 451, 454 (Tex. 2009) (orig. proceeding). Relator has now filed a status report with this Court informing us that the successor judge has held a final hearing on the underlying case, set a prompt deadline for briefing on one legal issue only, and "anticipates it will make a prompt ruling and enter a final judgment."

Given the foregoing, we reinstate this original proceeding. We deny the petition for writ of mandamus without prejudice.

LETICIA HINOJOSA
Justice

Delivered and filed the
7th day of March, 2019.